**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                  Case No. 6:16-BK- 07842
                                                                        Chapter 13

David Martin Fariss,

    Debtor.
_____/

# CHAPTER 13 PLAN

**CHECK ONE:**

    ____ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

    _X___ The Plan contains provisions that are specific to this Plan in paragraph 9, <u>Nonconforming Provisions.</u> Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.     MONTH PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of __60__ months. In the event the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may result in an increased distribution to the unsecured creditors.

**(A)**     $715.00 for months 1 through 60

To pay the following creditors:

**2.     ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $<u>0.00</u>**     **Total Paid Prepetition $ <u>0.00</u>**     **Balance Due $ <u>0.00</u>**

**Estimated Additional Fees Subject to Court Approval $ <u>0.00</u>**

**Attorney's Fees Payable through Plan $* Monthly (subject to adjustment)**

**\*See attached spread sheet**

\***Attorney Fees paid for by Debtors Legal Insurance**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**3.    PRIORITY CLAIMS (as defined by 11 U.S.C. §507).**

**Last 4 Digits         Creditor                                         Total Claim**
**Of Acct No.**

**4.    TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.    SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amount allocated to cure arrearages, shall be deemed adequate protection payments.

   **(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for the curing of prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

**Last 4 Digits  Creditor        Collateral     Reg. Mo. Pmt.      Gap Pmt.       Arrears**
**Of Acct No.                    Address**

   **(B)    Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee, calculated at the lesser of 31% of Debtor's gross monthly income from all sources listed on schedule I, minus homeowner association fees or the normal monthly contractual mortgage payment:

**Last 4 Digits  Creditor        Collateral              Pmt.Amt.(at 31% or Contract Amt.)**
**Of Acct No.                    Address**

**Metociti Mortgage             438 California Ave.           $627.44 at 31%**
                               **Saint Cloud, FL 34769**

   **(C)    Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A Separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated bellow shall be paid as follows:

**Last 4 Digits    Creditor         Collateral       Claim Amt.    Pmt.    Interest @____%
Of Acct No.                         Desc./Address**

      **(D)    Claims Secured by Real Property and/or Personal Property to which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows:

**Last 4 Digits   Creditor         Collateral       Claim Amt.    Pmt.    Interest @____%
Of Acct No.                        Desc./Address**

      **(E)    Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan**

**Last 4 Digits  Creditor         Collateral       Regular Payment    Arrearages
Of Acct No.                       Description**

      **(F)    Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct tot eh creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor an *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

**Last 4 Digits  Creditor                                  Property/Collateral
Of Acct No.**

      **(G)    Liens to be Avoided per 11 U.S.C. §522/Stripped Off per 11 U.S.C §506.** A separate motion to avoid or determine secured status and to strip must be filed.

**Last 4 Digits         Creditor                          Collateral Description/Address
Of Acct No.**

      **(H)    Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in re,* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

**Last 4 Digits**          **Creditor**                                              **Property/Collateral to be**
**Of Acct No.**                                                                      **Surrendered**

       **(I)**    **Other Secured Claims.** Debtor does not intend to make payment to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contracts rights and defenses are neither terminated nor abrogated.

**6.**    **LEASES/EXECUTORY CONTRACTS.**

**Last 4 Digits  Creditor       Property     Assume/Reject-Surrender   Est. Arrears**
**Of Acct No.**

**7.**    **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditor or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than <u>7%</u>.

**8.**    **ADDITIONAL PROVISIONS:**

(A)    Unless otherwise ordered, secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(B)    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(C)    Property of the estate (check one)*

    (1)_____shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2)____X___shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)    The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will controlling, unless the Court orders otherwise.

(E)    A plan summary or spreadsheet may be attached that is intended to provide an estimate of anticipated distributions pursuant to this proposed Plan. The actual distributions may vary based upon claims filed. Net disposable income, amendments made in open court and the

Plan as confirmed. In the event the plan summary or spreadsheet conflicts with the body of this Plan, the body of the Plan controls prior to confirmation, after which time the order confirming plan shall control.

(F)  Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of the filing of the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refunds without first having obtained the Trustee's consent or court approval.**

/s/ David Martin Fariss                    Dated: 12/01/2016
**DAVID MARTIN FARISS,** Debtor

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed through Pacer to the United State Trustee Office and via U.S. Mail to the attached mailing matrix, this 1st day of December 2016.

**HANCOCK & ASSOCIATES, P.A.**
2014 E Robinson St.
Orlando, Florida  32803
Telephone: 407-894-0853
Facsimile:  407-835-6613

By: /s/ Christopher Hancock
CHRISTOPHER P. HANCOCK
 Florida Bar Number 0085033
Designated Service Address:
 eservice@chpa-law.com

| 16-Fariss | 1st Pmt Due 12/29/2016 | Plan 60 | Unsec pct 7.305% | Unsec Amt $13,191.45 | Trustee % 10.0% | ATTORNEY FEE | ADMIN FEE | Metrociti Mortgage | Mediation Fee | IRS |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unsecured | | | Debtor Pmt | Tee Fee | Claim Amt | Claim Amt | Claim Amt | Claim Amt | Claim Amt |
| TOTALS | $16.06 | | | $42,900.00 | $4,290.00 | $0.00 | | 80249.79 @ 31% | $0.00 | |
| | | 60 | | | | | | | . | |
| 12/29/2016 | $16.06 | 1 | | $715.00 | $71.50 | $0.00 | | $627.44 | $0.00 | $0.00 |
| 1/29/2017 | $16.06 | 2 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 2/28/2017 | $16.06 | 3 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 3/29/2017 | $16.06 | 4 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 4/29/2017 | $16.06 | 5 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 5/29/2017 | $16.06 | 6 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 6/29/2017 | $16.06 | 7 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 7/29/2017 | $16.06 | 8 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 8/29/2017 | $16.06 | 9 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 9/29/2017 | $16.06 | 10 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 10/29/2017 | $16.06 | 11 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 11/29/2017 | $16.06 | 12 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 12/29/2017 | $16.06 | 13 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 1/29/2018 | $16.06 | 14 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 2/28/2018 | $16.06 | 15 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 3/29/2018 | $16.06 | 16 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 4/29/2018 | $16.06 | 17 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 5/29/2018 | $16.06 | 18 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 6/29/2018 | $16.06 | 19 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 7/29/2018 | $16.06 | 20 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 8/29/2018 | $16.06 | 21 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 9/29/2018 | $16.06 | 22 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 10/29/2018 | $16.06 | 23 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 11/29/2018 | $16.06 | 24 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 12/29/2018 | $16.06 | 25 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 1/29/2019 | $16.06 | 26 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 2/28/2019 | $16.06 | 27 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 3/29/2019 | $16.06 | 28 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 4/29/2019 | $16.06 | 29 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 5/29/2019 | $16.06 | 30 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 6/29/2019 | $16.06 | 31 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 7/29/2019 | $16.06 | 32 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 8/29/2019 | $16.06 | 33 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 9/29/2019 | $16.06 | 34 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 10/29/2019 | $16.06 | 35 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 11/29/2019 | $16.06 | 36 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 12/29/2019 | $16.06 | 37 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 1/29/2020 | $16.06 | 38 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 2/29/2020 | $16.06 | 39 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 3/29/2020 | $16.06 | 40 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 4/29/2020 | $16.06 | 41 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 5/29/2020 | $16.06 | 42 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 6/29/2020 | $16.06 | 43 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 7/29/2020 | $16.06 | 44 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 8/29/2020 | $16.06 | 45 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 9/29/2020 | $16.06 | 46 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 10/29/2020 | $16.06 | 47 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 11/29/2020 | $16.06 | 48 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 12/29/2020 | $16.06 | 49 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 1/29/2021 | $16.06 | 50 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 2/28/2021 | $16.06 | 51 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 3/29/2021 | $16.06 | 52 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 4/29/2021 | $16.06 | 53 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 5/29/2021 | $16.06 | 54 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 6/29/2021 | $16.06 | 55 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 7/29/2021 | $16.06 | 56 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 8/29/2021 | $16.06 | 57 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 9/29/2021 | $16.06 | 58 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 10/29/2021 | $16.06 | 59 | | $715.00 | $71.50 | $0.00 | $0.00 | $627.44 | | $0.00 |
| 11/29/2021 | $16.06 | 60 | 60 at | $715.00 | $71.50 | $0.00 | $0.00 # at | $627.44 | | $0.00 |
| | $963.60 | | | $42,900.00 | $4,290.00 | | | $37,646.40 | | |
| Unsec Amt | $13,191.45 | | | | | | | | | |
| | 7.305% | | | | | | | | | |

```
Label Matrix for local noticing        Florida Dept of Revenue              IRS
113A-6                                  P.O. Box 6668                        Centralized Insolvency Operations
Case 6:16-bk-07842                      Tallahassee, FL 32314-6668           P.O. Box 7346
Middle District of Florida                                                   Philadelphia, PA 19101-7346
Orlando
Thu Dec  1 09:19:45 EST 2016

United States Trustee - ORL7/13 7       AlliedInterstate, LLC                Amerifinancial Solutio
Office of the United States Trustee     PO Box 4000                          Po Box 7
George C Young Federal Building         Warrenton, VA 20188-4000             Vassar, MI 48768-0007
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


Aurora Diagnostics                      Barclays Bank Delaware               CF Medical
PO BOX 100914                           Po Box 8803                          PO Box 1116
Atlanta, GA 30384-0914                  Wilmington, DE 19899-8803            Charlotte, NC 28201-1116



Cap1/Bstby                              (p)CAPITAL ONE                       Cardiac Clinic of Sunil M Ka
26525 N Riverwoods Blvd                 PO BOX 30285                         311 West  Oak Street
Mettawa, IL 60045-3440                  SALT LAKE CITY UT 84130-0285         Kissimmee, FL 34741-4421



Cbna                                    Central Florida Primary Care         Comenity Bank/Vctrssec
50 Northwest Point Road                 PO Box 884                           Po Box 182789
Elk Grove Village, IL 60007-1032        Windermere, FL 34786-0884            Columbus, OH 43218-2789



Florida Department of Revenue           Gulf Coast Collection                Integrated Lab Path Services
Bankruptcy Unit                         5630 Marquesas Cir                   PO BOX 741087
Post Office Box 6668                    Sarasota, FL 34233-3331              Atlanta, GA 30374-1087
Tallahassee FL 32314-6668



Internal Revenue Service                Medicredit, Inc                      Metrociti Mortgage Corp
Post Office Box 7346                    Po Box 1629                          16030 Ventura Blvd
Philadelphia PA 19101-7346              Maryland Heights, MO 63043-0629      Encino, CA 91436-2731



Osceola County Tax Collector            Transworld Sys Inc/33                Christopher P Hancock
Attn:  Patsy Heffner                    507 Prudential Rd                    Hancock & Associates, P.A.
Post Office Box 422105                  Horsham, PA 19044-2308               2014 E. Robinson Street
Kissimmee FL 34742-2105                                                      Orlando, FL 32803-6045



David Martin Fariss
438 California Ave
Saint Cloud, FL 34769-2608
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24